BRANTLEY *v.* LUCAS.

ATKINSON, J.   There was no abuse of discretion in refusing an interlocutory injunction.          *Judgment affirmed.   All the Justices concur.*

APRIL 21, 1910.

Petition for injunction.   Before Judge Mitchell.   Thomas superior court.   October 16, 1909.

*M. Baum,* for plaintiff.   *E. L. Bryan,* for defendant.